UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHH MORTGAGE CORPORATION,

Plaintiff,

- against -

CODDEL STEWART, *et al.*,

Defendants.
------------------------------------------------------------x

**ORDER**

No. 25-CV-2660 (CS)

Seibel, J.

Plaintiff PHH Mortgage Corporation initiated this foreclosure action on March 31, 2025. (ECF No. 1.) As I stated on the record at the October 20, 2026 conference, Defendant Coddel Stewart has failed to comply with multiple orders in this case, including most recently failing to appear at his deposition, (*see* ECF No. 69), which was scheduled for September 21, 2026 at 12:30 p.m., a date and time that he selected, (*see* Minute Entry dated Sep. 1, 2026); failing to comply with my September 28, 2026 order that he provide documentation of the injury that he said prevented him from attending the deposition and that he explain why he did not advise Plaintiff before the deposition that he could not attend, (*see* ECF No. 70); and failing to appear at the October 20, 2026 conference. I explained on the record at the September 1, 2026 conference that Defendant could be ordered to pay Plaintiff's costs and attorney's fees if he did not appear within ten minutes of the scheduled start time of his deposition. (*See* Minute Entry dated Sep. 1, 2026.) Accordingly, Defendant is hereby ORDERED to SHOW CAUSE in writing no later than November 6, 2026 why he should not be required to pay Plaintiff's cost of acquiring a court reporter for the September 21, 2026 deposition and Plaintiff's attorney's fees for Plaintiff's counsel's time for the September 21, 2026 deposition and the October 20, 2026 conference.

At the September 1, 2026 conference, I also stated that I would entertain a motion to strike Defendant's Answer if Defendant did not appear within ten minutes of the scheduled start time of his deposition. (*See* Minute Entry dated Sep. 1, 2026.) At the October 20, 2026 conference that Defendant did not attend, I set the following briefing schedule for Plaintiff's motion to strike the Answer and for a judgment of default: Plaintiff's motion due no later than November 10, 2026; Defendant's opposition due no later than December 1, 2026; and Plaintiff's reply due no later than December 15, 2026. Although it should go without saying, Defendant must comply with this briefing schedule, and Defendant's failure to timely oppose the motion will in all likelihood result in my striking his Answer and in a default judgment of foreclosure against him.

**CONCLUSION**

For the foregoing reasons, Defendant is hereby ORDERED to SHOW CAUSE in writing no later than November 6, 2026 why he should not be required to pay Plaintiff's cost of acquiring a court reporter for the September 21, 2026 deposition and Plaintiff's attorney's fees for Plaintiff's counsel's time for the September 21, 2026 deposition and the October 20, 2026 conference. Separately, the briefing schedule for Plaintiff's motion to strike Defendant's Answer is as follows: Plaintiff's motion due no later than November 10, 2026; Defendant's opposition due no later than December 1, 2026; and Plaintiff's reply due no later than December 15, 2026. The Clerk of Court is respectfully directed to mail a copy of this order to Defendant. My chambers will also email a copy of this order to Defendant.

**SO ORDERED.**

Dated: October 20, 2026
White Plains, New York

Cathy Seibel

CATHY SEIBEL, U.S.D.J.